# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMETRIUS CEGAS SOPHUS, JR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-3783 (UNA) |
| ) | |
| CENTRAL DETENTION FACILITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the case.

Plaintiff, of no known address, has sued the District of Columbia's Central Detention Facility, which is not a proper defendant. *See Arnold v. Moore*, 980 F. Supp. 28, 33 (D.D.C. 1997) ("Governmental agencies of the District of Columbia are not suable entities, or *non sui juris*."). Nevertheless, Plaintiff has brought a largely incoherent complaint alleging only that "of approximately 2019, I was pronounced as a criminal and placed in Jail. For 6 days or more minus holding of custody due process-false imprisonment as arraignment court did fail to bind me Judge." Compl. at 1 (cleaned up).

Federal courts "are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted). Therefore, this action will be dismissed by separate order.

/s/
CHRISTOPHER R. COOPER
United States District Judge

Date: January 4, 2023